JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ISAAC PERKINS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>TIFFANY HENSCHEL, individually, and in her capacity as Co-Trustee of The Morella Trust; and UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>  Defendant(s). | CASE NO. 2:18-cv-10239 FMO (KSx)<br><br>Hon. Judge Fernando M. Olguin<br><br><u>ORDER RE. STIPULATION [28] TO VOLUNTARY DISMISSAL OF ENTIRE ACTION BY PLAINTIFF</u> |

Pursuant to the parties' stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED**:

This action in its entirety as to all parties is dismissed without

prejudice.

IT IS SO ORDERED.

Dated: April 29, 2019

/s/
**The Honorable Fernando M. Olguin**
United States District Judge